

FILED
2/20/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VENESSA MARIE ESPINOZA | No. 24 CR 102<br><br>Violation: Title 18, United States Code, Section 922(q)(2)(A) |

**Superseding Information**

The UNITED STATES ATTORNEY charges:

On or about September 12, 2020, at Calumet City, in the Northern District of Illinois, Eastern Division,

VENESSA MARIE ESPINOZA,

defendant herein, did knowingly possess a firearm, namely, a Glock Model 17 Gen4 9mm pistol bearing serial number ZLC714, which firearm had moved in interstate commerce, within a distance of 1,000 feet of the grounds of High School A, located in Calumet City, Illinois, a place that defendant knew and had reasonable cause to believe was a school zone, as that term is defined by Title 18, United States Code, Section 921(a)(25).

In violation of Title 18, United States Code, Section 922(q)(2)(A).

_____
ACTING UNITED STATES ATTORNEY